## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **QUINCY MILES,** | § | |
| **On Behalf of Himself and All Others** | § | |
| **Similarly Situated** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO: 3:16-CV-0778-D** |
| | § | |
| **ILLINI STATE TRUCKING, CO.** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING MOTION TO FILE JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND EXHIBITS UNDER SEAL

The Court, having considered Defendant's Motion to File Joint Motion for Approval of FLSA and Exhibits Under Seal, finds the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Parties' Joint Motion for Approval of FLSA Settlement and Exhibits shall be filed under seal.

Signed July 13, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

0132360.0645574  4823-8755-1562v1